REVELONE, INC., v. ARLIND REALTY CORPORATION et al.— Motion to resettle orders of this court entered March 1, 1948, and March 5, 1948, denied and stay vacated. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* pp. 874, 875.]

FIDELITY & DEPOSIT COMPANY OF MARYLAND v. PERCY URIS et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 876.]

FREDERICK E. HAAG, Respondent, v. FERRO-CO CORPORATION, Appellant, et al., Defendants.— Order unanimously reversed with $20 costs and disbursements to appellant, and the motion granted to the extent of requiring plaintiff to serve an amended complaint containing a plain and concise statement of its causes of action, eliminating allegations of corporate history other than that the two corporate defendants are under common ownership and control and employed interchangeably. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

GARNETTE M. LETTS, Respondent, v. WALTER J. LETTS, Appellant.— Order appealed from unanimously modified by reducing the sum of $90 in the first decretal paragraph to $50 each week; by reducing the sum of $125 in the second decretal paragraph to $100 each week; and by reducing the counsel fee in the fifth decretal paragraph from $1,250 to $850, $425 to be paid within fifteen days after service of the order to be entered herein and the balance of $425 when the case appears on the Ready Day Calendar for trial; the order should also direct the defendant to serve and file a note of issue five days after service of the order herein and that the parties proceed to trial without unnecessary delay; as so modified the order appealed from is affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MANOCRAFT CLOTHES, INC., v. SIMON GITTELMACHER.— Motion for leave to appeal to the Court of Appeals denied with $10 costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 887.]

In the Matter of the Application of MAX AUSNIT, Respondent. NICOLAE MALAXA, Appellant.— Order unanimously modified by limiting the examination under items (a), (b) and (c) to the making of the agreements and the surrounding circumstances and by limiting the requirement for the production of relevant books, records and papers to their use upon the examination in accordance with the provisions of section 296 of the Civil Practice Act and, as so modified, affirmed, without costs. The date for the examination to proceed to be fixed in the order to be settled on one day's notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [191 Misc. 390.]